# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM MEHTA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 19-00377-AB (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation ("Report"), and Petitioner's objections to the Report ("Objections"). The Court has further made a *de novo* review of those portions of the Report to which objections have been made. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge. IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: October 22, 2019

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE