JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RAM MEHTA, | Case No. CV 19-00377-AB (RAO) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: October 22, 2019

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE